In re   John Aaron Bruce                                                          Case No.   09-10089
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>27275 Glass Road, Robertsdale, Alabama | Ala. Code §§ 6-10-2, 6-10-3, 6-10-4; Const. Art. X, § 205 | 0.00 | 150,000.00 |
| **Cash on Hand**<br>Cash | Ala. Code § 6-10-6 | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Pen Air Federal Credit Union, Pensecola, Florida (over drawn $700.00) | Ala. Code § 6-10-6 | 1.00 | 1.00 |
| **Household Goods and Furnishings**<br>Miscellaneous furniture | Ala. Code § 6-10-126 | 500.00 | 500.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Miscellaneous picture, books, etc. | Ala. Code § 6-10-6 | 20.00 | 20.00 |
| **Wearing Apparel**<br>Miscellaneous clothing | Ala. Code §§ 6-10-6, 6-10-126 | 100.00 | 100.00 |
| **Stock and Interests in Businesses**<br>Allegiance Doors, Inc. (company out of business) | Ala. Code § 6-10-6 | 1.00 | 1.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2006 F250 P/U | Ala. Code § 6-10-126 MRKT VAL= $10,000.00 LIEN= $17,051.00 EQUITY= -$7,051.00 | 1.00 | 10,000.00 |
| 2007 Ford Expidition - Extended Version | Ala. Code § 6-10-6 MRKT VAL = $20,000.00 LIEN = $35,346.00 EQUITY = -$15,346.00 | 1.00 | 20,000.00 |
| 2006 Harley Davidson Road King | Ala. Code § 6-10-6 | 2,274.00 | 10,525.00 |
| **Farming Equipment and Implements**<br>BX 2350 Tractor - Businees | Ala. Code § 6-10-6 MRKT VAL= $4,000.00 LIEN= $7,560.00 EQUITY= -$3,560.00 | 1.00 | 4,000.00 |
| | Total: | 2,999.00 | 195,247.00 |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt