IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                            CASE NUMBER

JOHN AARON BRUCE,                                 09-10089

Debtor(s)

## ORDER AUTHORIZING APPOINTMENT OF ATTORNEY

This matter is before the Court on the application of the Trustee seeking authority to

employ Terrie S. Owens as attorney for the Trustee. It appears from the Statement of Proposed

Attorney that Terrie S. Owens is an attorney duly admitted to practice in this Court, she does not

represent any interest adverse to the Trustee and her employment is necessary and in the best

interest of this estate.

It is ORDERED that the Trustee is authorized to employ Terrie S. Owens to represent her

as Trustee, with compensation to be paid in such amount as this Court may determine and allow.

Dated:    March 10, 2010

_____
MARGARET A. MAHONEY
CHIEF U.S. BANKRUPTCY JUDGE